# Third District Court of Appeal

## State of Florida

Opinion filed January 17, 2024.

_____

No. 3D23-1132
Lower Tribunal No. 22-20442
_____

**Universal Property & Casualty Insurance Company,**
Appellant,

vs.

**Michel Borbon, et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Russo Appellate Firm, P.A., and Elizabeth K. Russo and Paulo R. Lima, for appellant.

Higgs Law, P.A. and Earl I. Higgs, Jr. (Orlando), for appellees.

Before FERNANDEZ, SCALES and MILLER, JJ.

ON CONFESSION OF ERROR

PER CURIAM.

Universal Property & Casualty Insurance Company appeals the trial court's order, rendered on June 13, 2023, compelling appraisal. Upon the appellee's commendable confession of error, and our own review of the record, we accept the confession of error, reverse the order compelling appraisal, and remand for further proceedings.

Reversed and remanded.